# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>OMAR SEGURA-HERNANDEZ,<br><br>    Petitioner/Defendant. | 3:11-cr-00144-HDM-VPC-1<br>3:16-cv-00329-HDM<br><br>ORDER |

Before the court is defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 filed on April 24, 2017 (ECF No. 45). The United States has not responded.

Defendant requests to withdraw his § 2255 motion filed on December 14, 2016[1] (ECF No. 41) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The United States did not file an opposition to the § 2255 motion. Accordingly, the court will allow defendant to withdraw his § 2255 motion. In granting the motion to withdraw, the court makes no determination as to whether a new § 2255

---

[1] Pursuant to the District Court's First Amended General Order dated April 27, 2016, defendant filed an abridged motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on June 15, 2016 to toll the statute of limitations (ECF No. 40).

1

motion that defendant may file in the future would constitute a second or successive motion and therefore require certification from the Ninth Circuit Court of Appeals before being filed in U.S. District Court. *See* 28 U.S.C. § 2255(h).

  IT IS THEREFORE ORDERED that defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 45) is **GRANTED.**

  IT IS FURTHER ORDERED that defendant's motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF Nos. 40, 41) is **WITHDRAWN.**

  IT IS SO ORDERED.

  DATED: This 25th day of July, 2017.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE

2